1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN GUY, | CASE NO. CV 11-03453 SI |
| Plaintiff, | (~~PROPOSED~~) ORDER RE: STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND REQUEST FOR TELEPHONIC APPEARANCE |
| v. | |
| HARTFORD LIFE GROUP INSURANCE COMPANY and EMC CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendant. | Current Date: September 30, 2011<br>Proposed Date: October 7, 2011<br>Time: 2:30 p.m. |

Good cause appearing therefor, the Case Management Conference is continued to October 7, 2011, at 2:30 p.m. Counsel may appear by telephone.

DATED: __10/21/11____           _____
                                HON. SUSAN ILLSTON
                                UNITED STATES DISTRICT JUDGE