AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

BRIAN GUY,

                     Plaintiff(s),

V.

HARTFORD LIFE GROUP INSURANCE COMPANY, et al.,

                     Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 11-03453 SI

Notice is hereby given that, subject to approval by the court, __EMC Corporation Long Term Disability Plan__ substitutes
(Party(s) Name)

__Daniel W. Maguire__, State Bar No. __120002__ as counsel of record in
(Name of New Attorney)

place of __Walter M. Stella__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Burke, Williams & Sorensen, LLP
    Address: 444 S. Flower Street, Suite 2400, Los Angeles, CA 90071-2953
    Telephone: 213.236.0600     Facsimile 213.236.2700
    E-Mail (Optional): dmaguire@bwslaw.com

I consent to the above substitution.

Date: September 27, 2011

*Stewart A Broder, Corporate Counsel*
(Signature of Party(s))

I consent to being substituted.

Date: September 27, 2011

EMC Corporation Long Term Disability Plan

*Walter M. Stella*
(Signature of Former Attorney(s))
WALTER M. STELLA

I consent to the above substitution.

Date: September 23, 2011

*Daniel W. Maguire*
(Signature of New Attorney)
DANIEL W. MAGUIRE

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/29/11

*Susan Illston*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

LA #4829-9801-8570 v1

American LegalNet, Inc.
www.FormsWorkflow.com